In the Matter of the Opening of NINETEENTH STREET by the CITY OF NIAGARA FALLS, Appellant, Across the Tracks and Right of Way of THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Respondents.

*Matter of Opening Nineteenth St., Niagara Falls,* 66 App. Div. 618, affirmed.
(Argued February 10, 1902; decided February 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 20, 1901, which reversed, vacated and set aside a decision of the common council of the city of Niagara Falls to open an extension of Nineteenth street in said city across the tracks and right of way of the respondents herein.

*Franklin J. Mackenna* for appellant.

*Maurice C. Spratt* and *William L. Marcy* for respondents.

Order affirmed, with costs, no question of law being presented for the consideration of this court; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Dissenting: BARTLETT, J. Not sitting: GRAY, J.